THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 14-cv-00237-MOC
Civil Action No. 14-cv-00261-MOC

| IN RE: | ) | [FROM Bankr. Case No. 10-31607] |
| --- | --- | --- |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## ORDER DISMISSING STAY APPEALS AS MOOT

THIS MATTER is before the Court in the above-captioned bankruptcy appeals (collectively, the "**Stay Appeals**") filed by Ford Motor Company; Honeywell International Inc.; Resolute Management, Inc., AIU Insurance Company, American Home Assurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.; Volkswagen Group of America, Inc.; and Mt. McKinley Insurance Company and Everest Reinsurance Company (collectively, the "**Appellants**") from the Bankruptcy Court's *Ex Parte Order Granting Motion for Stay of Order Granting Ford Motor Company's Motion for Access to Rule 2019 Filings* (the "**Stay Order**") entered on May 7, 2014 at Bankr. Dkt. No. 3622,[1] which stayed the *Order Granting Ford Motor Company's Motion for Access to Rule 2019 Filings* (the "**Original 2019 Access Order**") entered on May 6, 2014 at Bankr. Dkt. No. 3618.

Following the commencement of the Stay Appeals, the Bankruptcy Court entered its *Amended Order Granting Ford Motor Company's Motion for Access to Rule 2019 Filings* (the

---

[1] References to the Bankruptcy Court's docket in the above-captioned bankruptcy case, pending at Case No. 10-31607 (Bankr. W.D.N.C.), are in the form "Bankr. Dkt. No. [#]."

"**Amended 2019 Access Order**") on July 9, 2014, at Bankr. Dkt. No. 3855, which "vacated and replaced in its entirety" the Original 2019 Access Order.[2]

The Court hereby finds that the Stay Appeals are moot as a result of the Bankruptcy Court's entry of the Amended 2019 Access Order and vacatur of the Original 2019 Access Order and accordingly hereby dismisses the Stay Appeals without prejudice to any party's rights with respect to the Amended 2019 Access Order or with respect to any stay of the Amended 2019 Access Order that may hereafter be entered. The Court further orders that any pending motions in the Stay Appeals are hereby denied as moot.

Signed: August 11, 2014

Max O. Cogburn Jr.
United States District Judge

---

[2] Appellants' appeal from the Amended 2019 Access Order is pending in this Court at Civil Action No. 3:14-cv-00401.